# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2386

_____

BILLY A. DAVIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 16, 2024

PER CURIAM.

DISMISSED.

BILBREY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Billy A. Davis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.